Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
ROBERT J. CRAIG

Gerald M. Welt
Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D
Las Vegas, Nv 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-Mail: Gmwesq@Weltlaw.Com; Kwp@Weltlaw.Com
Attorneys For Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT J. CRAIG | Case No.: 2:17-cv-02978-GMN-GWF |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND/REVERSAL |
| v. | |
| NANCY A. BERRYHILL, DEPUTY COMMISSIONER FOR OPERATIONS, PERFORMING THE DUTIES AND FUNCTIONS NOT RESERVED TO THE OMMISSIONER OF SOCIAL SECURITY, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Robert J. Craig and Defendant Nancy A. Berryhill, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security, through their undersigned attorneys,

-1-

| | |
|---|---|
| 1 | stipulate, subject to this court's approval, to extend the time by 35 days from |
| 2 | March 26, 2018 to April 30, 2018 for Plaintiff to file a Motion for |
| 3 | Remand/Reversal, with all other dates in the Court's Order Concerning Review of |
| 4 | Social Security Cases extended accordingly. This is Plaintiff's first |
| 6 | request for an extension. This request is made at the request of Plaintiff's counsel |
| 7 | to allow additional time to fully research the issues presented. |

DATE: April 16, 2018         Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Robert J. Craig

DATE:  April 16, 2018

DAYLE ELIESON
United States Attorney

/s/ *Gina Tomaselli*

BY: _____
Gina Tomaselli
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

DATED:  4/17/2018

IT IS SO ORDERED:    _____
                     UNITED STATES MAGISTRATE JUDGE