Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
ROBERT J. CRAIG

Gerald M. Welt
Attorney at Law:  1575
732 S. Sixth Street, Suite 200-D
Las Vegas, Nv 89101
Tel.: (702) 382-2030
Fax:  (702) 684-5157
E-Mail:  Gmwesq@Weltlaw.Com; Kwp@Weltlaw.Com
Attorneys For Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT J. CRAIG<br><br>   Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 2:17-cv-02978-GMN-GWF<br><br>STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND/REVERSAL<br><br>(SECOND REQUEST) |

Plaintiff Robert J. Craig and Defendant Nancy A. Berryhill, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security, through their undersigned attorneys,

-1-

stipulate, subject to this court's approval, to extend the time by 16 days from April 30, 2018 to May 15, 2018 for Plaintiff to file a Motion for Remand/Reversal, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's second

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Due to heavy caseload, counsel is in the process of transferring cases internally and has ceased the intake of new cases to prevent future issues of sort.

DATE: April 16, 2018     Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Robert J. Craig


DATE:  May 4, 2018

DAYLE ELIESON
United States Attorney


/s/ *Gina Tomaselli*

BY: _____
Gina Tomaselli
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|


DATED:  5/7/2018

IT IS SO ORDERED:  _____*George Foley Jr.*_____

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:17-CV-02978-GMN-GWF**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 4, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff